**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : Chapter 13

**Morgan, Kristine**

       **Debtor**

: 17-11158

**CERTIFICATE OF SERVICE OF
DEBTOR'S AMENDED CHAPTER 13 PLAN**

    I certify that on <u>August 16, 2017</u> , the standing trustee and all creditors of the debtor at their addresses as shown in the schedules accompanying the debtor's petition were served a copy of the Debtor's Amended Chapter 13 Plan either by way of ECF or by first class regular U.S. mail.

Dated:<u>August 16, 2017</u>

                       _"/s/"Mitchell J. Prince
                       John L. McClain, Esquire
                       Mitchell J. Prince, Esquire
                       Attorneys for debtor

John L. McClain and Associates
PO Box 123
Narberth, PA 19072