United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Kristine Morgan  
       Debtor

Case No. 17-11158-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia     Page 1 of 1     Date Rcvd: Aug 31, 2017  
                   Form ID: trc       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2017.  
13938133      +JPMorgan Chase Bank National Association,    Attn: Correspondence Mail,    Mail Code LA4-5555,  
           700 Kansas Lane,    Monroe LA 71203-4774

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2017 at the address(es) listed below:  
         JOHN L. MCCLAIN    on behalf of Debtor Kristine  Morgan aaamcclain@aol.com, edpabankcourt@aol.com  
         MATTEO SAMUEL WEINER    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION  
           bkgroup@kmllawgroup.com  
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com,    philaecf@gmail.com  
                                                                                                              TOTAL: 4

**2100 B (12/15)**

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 17-11158-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Kristine Morgan
900 Penn Avenue
Drexel Hill PA 19026

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/30/2017.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 6: JPMorgan Chase Bank National Association, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe LA 71203 | Bayview Loan Servicing, LLC<br>4425 Ponce De Leon Blvd. 5th Floor<br>Coral Gables, Florida 33146 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    09/02/17

Tim McGrath
**CLERK OF THE COURT**