United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-11158-elf
Kristine Morgan                                                           Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Virginia         Page 1 of 1              Date Rcvd: Oct 18, 2017
                        Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2017.
db             +Kristine Morgan,    900 Penn Avenue,    Drexel Hill, PA 19026-1719

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2017 at the address(es) listed below:
      JOHN L. MCCLAIN    on behalf of Debtor Kristine  Morgan aaamcclain@aol.com,    edpabankcourt@aol.com
      MATTEO SAMUEL WEINER    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
       bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                         TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 13
    Morgan, Kristine
        Debtor : 17-11158 elf

### AMENDED ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTIONS FOR REMITTANCE TO TRUSTEE

**TO EMPLOYER:**
Lester J. Groverman MD &
Robert J. Braunfeld DO Associates PA
2000 Sproul Rd, Ste 100
Broomall, PA 19008

Re: **Morgan, Kristine**
SSN: xxx-xx-0481

    The future earnings of the above named debtor Morgan, Kristine, being subject to the continuing supervision and control of the court for the purpose of enforcing the terms of the debtor's amended chapter 13 plan,

    **It IS HEREBY ORDERED** that the employer of the debtor shall deduct from the earnings of the debtor, beginning with the next pay period following the receipt of this order the sum of: **$255.00 for 7 months (started on 3/20/17, then as of September 20, 2017, the payment shall increase to $284 monthly for a period of 53 months**, pro rata per pay period (if paid weekly divide by four, biweekly divide by 2 for the amount per pay period).

    The employer shall continue said deductions until further Order of this Court and shall remit all monies withheld from the debtor's earnings at least monthly, or more frequently if convenient, in the dollar amounts stated below to: the chapter 13 Trustee whose names and addresses that appear below.

    **$255.00 for 7 months (started on 3/20/17, then as of September 20, 2017, the payment shall increase to $284 monthly for a period of 53 months to:**

    William C. Miller, Trustee, P.O. Box 1799, Memphis, TN 38101-1799.

    BY THE COURT:

_____ 10/18/17
CHIEF JUDGE

Lester J. Groverman MD &
Robert J. Braunfeld DO Associates PA
2000 Sproul Rd, Ste 100

Broomall, PA 19008

Morgan, Kristine
900 Penn Avenue
Drexel Hill, PA 19026

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123