**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                      : Chapter 13
  Morgan, Kristine

        Debtor                           :   17-11158

**ORDER FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES**

AND NOW, to wit, this ___3rd___ day of ___November___, 2017, upon consideration of the "Disclosure of Compensation of Attorney for Debtor" filed and/or the foregoing Motion For allowance of Compensation and Reimbursement of Expenses, IT IS HEREBY

   ORDERED that the Motion is hereby granted a total fee of $4,030.00 and $0.00 in expenses and further, the unpaid balance of $4,030.00 of the legal fees and $0.00 in incurred expenses shall be paid through debtor's Chapter 13 Plan through the office of the Chapter 13 trustee as an administrative priority expense, to the extent provided for by the Debtor's confirmed plan.

_____
  **ERIC L. FRANK**
  **CHIEF U.S. BANKRUPTCY JUDGE**