United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-11158-elf
Kristine Morgan                                                           Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Virginia          Page 1 of 2              Date Rcvd: Jun 18, 2019
                          Form ID: pdf900         Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 20, 2019.
```
db           #+Kristine Morgan,    900 Penn Avenue,    Drexel Hill, PA 19026-1719
13936915      Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
13868873     +Chase,   800 Brooksedge Blv,    Westerville, OH 43081-2822
13868874      Chase,   PO Box 78035,    Phoenix, Az 85062-8035
13868875     +Citi,   Pob 6241,    Sioux Falls, SD 57117-6241
13868877     +Department of Revenue,    Commonwealth of PA,    P.O. Box 280432,    Harrisburg, PA 17128-0432
13868878     +Grange Insurance,    Trustgard Insurance Company,    PO Box 740604,    Cincinnati, OH 45274-0604
13938133     +JPMorgan Chase Bank National Association,    Attn: Correspondence Mail,    Mail Code LA4-5555,
               700 Kansas Lane,    Monroe LA 71203-4774
13868879     +John L. McClain and Associates,    PO Box 123,    Narberth, PA 19072-0123
13868880     +Joseph M. Morgan,    3300 Embarcadero Ct.,    Springfield, PA 19064-1023
13868881     +Joseph Morgan,    3300 Embarcadero Ct,    Springfield, PA 19064-1023
13868885     +Prsm/cbsd,   Po Box 6497,    Sioux Falls, SD 57117-6497
13868886     +Stephen V. Bottiglieri, Esquire,    Attorney for Tax Claim Bureau of Delco.,
               230 N. Monroe Street,    Media, PA 19063-2908
13868887     +Tnb-visa,   PO Box 560284,    Dallas, TX 75356-0284
13868888     +Travelers,   c/o RMS,    77 Hartland Street,    E. Hartford, CT 06108-6201
13868889     +UPPER DARBY TOWNSHIP,    JAMES D. SMITH,    100 GARRETT ROAD,    UPPER DARBY, PA 19082-3135
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: megan.harper@phila.gov Jun 19 2019 02:55:14     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 19 2019 02:54:52
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 19 2019 02:55:02     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr           +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jun 19 2019 02:55:02
               Bayview Loan Servicing LLC,    4425 Ponce De Leon Blvd. 5th Floor,
               Coral Gables, FL 33146-1837
cr           +E-mail/PDF: gecsedi@recoverycorp.com Jun 19 2019 02:55:54     Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13975978     +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jun 19 2019 02:55:02
               Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd. 5th Floor,
               Coral Gables, Florida 33146-1837
13868872     +E-mail/Text: bkr@cardworks.com Jun 19 2019 02:54:31     Cardworks/CW Nexus,    Attn: Bankruptcy,
               PO Box 9201,    Old Bethpage, NY 11804-9001
13868876     +E-mail/PDF: creditonebknotifications@resurgent.com Jun 19 2019 02:56:21     Credit One Bank Na,
               PO Box 98873,    Las Vegas, NV 89193-8873
13868882     +E-mail/Text: bncnotices@becket-lee.com Jun 19 2019 02:54:36     Kohls/Capital One,
               Kohls Credit,    PO Box 3043,    Milwaukee, WI 53201-3043
13868883     +E-mail/Text: bncnotices@becket-lee.com Jun 19 2019 02:54:37     Kohls/chase,    Po Box 3115,
               Milwaukee, WI 53201-3115
13906196      E-mail/PDF: resurgentbknotifications@resurgent.com Jun 19 2019 02:56:21
               LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13906195      E-mail/Text: bkr@cardworks.com Jun 19 2019 02:54:31     MERRICK BANK,
               Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
13877477     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 19 2019 02:56:17
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13910168     +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 19 2019 02:55:57
               PYOD, LLC its successors and assigns as assignee,    of CR Evergreen, LLC,
               Resurgent Capital Services,    PO Box 10008,    Greenville, SC 29602-9008
13931130     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 19 2019 02:56:22     Verizon,
               by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 15

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13868884*    +Kristine Morgan,    900 Penn Avenue,    Drexel Hill, PA 19026-1719
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0313-2           User: Virginia              Page 2 of 2                  Date Rcvd: Jun 18, 2019
                               Form ID: pdf900             Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 18, 2019 at the address(es) listed below:
              JOHN L. MCCLAIN    on behalf of Debtor Kristine  Morgan aaamcclain@aol.com,
               edpabankcourt@aol.com
              KEVIN G. MCDONALD    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                           TOTAL: 5
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|   |   |
|---|---|
| KRISTINE MORGAN | Chapter 13 |
| Debtor | Bankruptcy No. 17-11158-ELF |

## Order Dismissing Chapter 13 Case and
## Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: June 18, 2019**

Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JOHN L. MCCLAIN
JOHN L MCCLAIN AND ASSOCIATES
PO BOX 123
NARBERTH, PA 19072-

Debtor:
KRISTINE MORGAN

900 PENN AVENUE

DREXEL HILL, PA 19026